UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SAM AGAPETUS | ) | CASE NO. 05-90363-aih |
| | ) | |
| | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| | ) | **SCHEDULE OF DEBTS, ASSETS, AND** |
| Debtor(s) | ) | **POST-PETITION EXECUTORY** |
| | ) | **CONTRACTS ON CONVERSION** |

Debtor(s), through counsel, pursuant to Rule 1019(5) of the Bankruptcy Rules of Procedure, hereby files a list of debts and assets obtained from the time of the filing of this Chapter 13 Petition up to the date of conversion of this case under Chapter 7.

ASSETS:

There are no additional assets.

DEBTS:

Debtor(s) has not incurred additional debts.

POST-PETITION EXECUTORY CONTRACTS:

There are no new Post-petition executory contracts.

Respectfully Submitted,

/s/Gordon E. Schmid
Gordon E. Schmid (0008613)
Attorney for Debtor(s)
Freedom Square II, Ste. 380
6000 Freedom Square Drive
Independence, Ohio 44131
(216) 573-1800

## CERTIFICATE OF SERVICE

      Copies of the foregoing Schedule of Debts and Assets on Conversion were served upon the Chapter 13 Trustee via electronic mail, and upon all other interested parties, by mailing it to them via regular U.S. mail, postage pre-paid, this 8th day of July, 2009.

                                              /s/Gordon E. Schmid
                                              Gordon E. Schmid (0008613)
                                              Attorney for Debtor(s)